1  ELIZABETH WALDOW
   NATIONAL PARK SERVICE
2  Law Enforcement Office
3  P.O. Box 517
   Yosemite, California   95389
4  Telephone: (209) 372-0243

5

6
          **In The Eastern District of California for the**
7
                **United States District Court**
8

9

10

11 UNITED STATES OF AMERICA,    )   CASE NO. 6:04-mj-0197
                                )
12         Plaintiff,            )   ORDER TO DENY DEFENDANT'S
                                )   MOTION TO SUPPRESS
13         v.                    )
                                )
14 David J. Pramik,              )   Date: June 30, 2005
                                )   Time: 10:00 a.m.
15         Defendant.            )   Courtroom: U.S. Magistrate
                                )   Judge:
16                              )   Hon. William M. Wunderlich
                                )
17                              )
   _____)
18

19 For the reasons stated in the United States Government Response

20 in Denial of Defendant's Motion to Suppress the United States

21 Government, through its representative Elizabeth Waldow,

22 respectfully requests that the Defendant's Motion to Suppress

23 be denied.

24

25

26

27

28

                                1

```
Respectfully submitted,



Dated:   June 30, 2005   ,            /s/Elizabeth Waldow
                                      Elizabeth Waldow
                                      National Park Service
```

**ORDER**

It is so ordered.

Date: <u>June 30, 2005</u>

                                    The Hon. William M. Wunderlich
                                    Magistrate Judge for the
                                    Eastern District of California

IT IS SO ORDERED.

**Dated:   July 1, 2005**                **/s/  William M. Wunderlich**
mmkd34                               UNITED STATES MAGISTRATE JUDGE