## UNITED STATES DISTRICT COURT
Eastern   District of   California

JUDGMENT

UNITED STATES OF AMERICA

V.                                             Case Number: 6:04-mj-00197-WMW

David Pramik                                   Mark Lizzaraga, A.F.D.
                                               Defendant's Attorney

THE DEFENDANT:

[X]   Pleaded guilty to counts One_____.

Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offenses:

| Title & Section | Nature of Offense | Count Number(s) | Date of Offense |
| --- | --- | --- | --- |
| 36 CFR 4.23(A)(1) | DUI>.08% | One | 10/04/2004 |

The defendant is sentenced as provided in pages 2 through 2 of this Judgment.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of residence or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid.

Defendant's Soc. Sec. Number:              August 22, 2006
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                                Date of Imposition of Sentence

Defendant's mailing address:
                                           _____
                                           Signature of Judicial Officer
Walnut Creek, CA 94598

                                           William M. Wunderlich
Defendant's residence address:             U.S. Magistrate Judge
                                           Name and Title of Judicial Officer

Walnut Creek, CA 94598                     Date: Sept. 06, 2006

AO 245S Modified (3/90) Sheet 4 - Probation

*Judgment--Page 2 of 2*

*Defendant:* David Pramik
*Case Number:* 6:04-mj-00197-WMW

## PROBATION

*You are hereby placed on unsupervised probation for a term of:*

12 Months.

*While on probation, the defendant shall not commit another federal, state, or local crime and shall not illegally possess controlled substances. The defendant shall also comply with the standard conditions that have been adopted by this court (set forth below) and shall comply with the following additional conditions:*

1. You shall serve 10 days custody, pursuant to 18 USC 3563(b)(10). You are ordered to report to the institution designated by the Bureau of Prisons, and failing a designation, report to the U.S. Marshal's Office, in Fresno, CA by 2:00 p.m. on October 27, 2006.

2. You shall not drive a vehicle unless the vehicle is properly insured and registered.

3. You shall no drive a vehicle with out a valid driver's license.

4. You shall not drive a vehicle with any detectable amount of alcohol in system.

5. You shall pay fine total of $1490.00 and a penalty assessment of $10.00 to Central Violations Bureau, P.O. Box 70939, Charlotte, NC 28272-0939 within 12 months.