DANIEL J. BRODERICK, #89424
Federal Defender
CARRIE S. LEONETTI, Maryland Bar
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561
Attorney for Defendant
DAVID JOHN PRAMIK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff/Appellee,<br><br>v.<br><br>DAVID JOHN PRAMIK,<br><br>    Defendant/Appellant. | NO. 6:04-mj-197 WMW<br><br>STIPULATIONS AND ORDER<br><br>Judge: Hon. William M. Wunderlich |

    This cause is before the Court on the Defendant, David John Pramik's motion to correct and stay sentence. The parties, the United States of America, by and through Assistant United States Attorney Stanley A. Boone, and Mr. Perkins, by and through Assistant Federal Defender Carrie Leonetti, have consulted and agreed to the entry of the following proposed stipulations concerning the sentence imposed by the Court on August 22, 2006 and

    **STIPULATE AS FOLLOWS**:

    1. Mr. Pramik's motion to correct his sentence is denied without prejudice to renewal.

    2. The sentence imposed is stayed pending appeal.

///

///

///

///

3. The surrender date to BOP custody is vacated.

DATED: September 18, 2006

McGREGOR W. SCOTT
United States Attorney

/s/ Stanley A. Boone
STANLEY A. BOONE
Assistant United States Attorney
Attorney for Plaintiff/Appelle

DATED: September 18, 2006

DANIEL J. BRODERICK
Federal Defender

/s/ Carrie S. Leonetti
CARRIE S. LEONETTI
Assistant Federal Defender
Attorney for Defendant/Appellant
DAVID JOHN PRAMIK

**THE ABOVE STIPULATIONS ARE HEREBY ENTERED AS A COURT ORDER**.

IT IS SO ORDERED.

**Dated:   September 19, 2006**          /s/  William M. Wunderlich
mmkd34                                   UNITED STATES MAGISTRATE JUDGE